**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

VSA,

**Petitioner,**

**v.** **Case No. 3:26-cv-02284-MTK**

HERNANDEZ et al,

**Defendant.**

---

**ORDER OF RELEASE**

On October 23, 2026, the petitioner appeared before this court for an Evidentiary Hearing before Judge Mustafa T. Kasubhai. The Court read the findings on the record.

IT IS HEREBY ORDERED that Petitioner be immediately released from ICE custody.

Dated this 23rd day of October 2026.

**MUSTAFA T. KASUBHAI**
**UNITED STATES DISTRICT JUDGE**